## CONTINUATION

I, Allen Madden, declare the following under penalty of perjury:

**INTRODUCTION, AGENT BACKGROUND, AND PURPOSE OF THE WARRANT**

1. I, Border Patrol Agent (BPA) Allen Madden, am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since October 5, 2009. Currently, I am assigned to the Sault Ste. Marie Border Patrol Station. As part of my duties as a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, including violations pertaining to the reentry of removed aliens, in violation of 8 U.S.C. § 1326(a), Reentry of Removed Aliens. I graduated from the Federal Law Enforcement Training Center's (FLETC) Training Program, where I was trained in immigration law.

2. I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers. The facts in this continuation come from my personal observations, training, experience, and information obtained from other agents and witnesses. The facts set forth herein are also based on record checks of law enforcement and immigration-related databases and my review of ROJAS-Solar's official immigration file. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3. Title 8, United States Code, Section 1326(a) criminalizes reentry without

1

permission of aliens who have been previously removed. The elements of the offense are that: (1) the person is an alien; (2) the person was removed from the United States; (3) the person is thereafter found in the United States; and (4) the person did not obtain permission from the Attorney General or Secretary of the Department of Homeland Security to reapply for admission. The offense is punishable by up to two years in prison. 8 U.S.C. § 1326(a).

4.   The facts of this case, as more fully detailed below, reveal that Victor ROJAS-Solar, a native and citizen of Mexico, was previously removed from the United States, and later reentered the United States without permission at an unknown date. I subject that this continuation therefore contains information necessary to support a finding of probable cause to charge ROJAS-Solar with a violation of 8 U.S.C. § 1326(a), which makes it a crime for any alien that has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, or is at any time found in, the United States.

### FACTS ESTABLISHING PROBABLE CAUSE

5.   On or about December 8, 2020, ROJAS-Solar was encountered in the United States near Laredo, Texas. He was ordered removed under expedited removal proceedings with a five-year entry ban. ROJAS-Solar was removed via the Laredo, Texas Port of Entry on March 6, 2021.

6.   On January 9, 2026, United States Border Patrol Agent Nathan Ohlau was assigned to patrol near St Ignace, MI. During his patrol a concerned citizen reported

possible migrant workers working on an overhead communication line for IFO+ near Pickford, MI. BPA Ohlau observed a Ford F550 with the IFO+ logo on Gogomain Rd approximately 1 mile east of South Cole Rd, in Chippewa County. BPA Ohlau noticed four males standing near the vehicle and one of the workers was waving for him to go around the work zone.

7. BPA Ohlau stopped his marked Border Patrol vehicle and identified himself as a Border Patrol Agent. During his consensual encounter he questioned the individuals regarding their citizenship. One of the individuals was identified as Victor ROJAS-Solar. ROJAS-Solar stated he was a citizen of Mexico and admitted to being illegally present without legal documentation to be in or remain in the United States. He did not claim any other country of citizenship. He produced a Mexican passport which states he is a Mexican national and was born in Puebla.

8. ROJAS-Solar was arrested and transported to the Sault Ste. Marie Border Patrol Station, where he was fingerprinted and photographed. His photograph and fingerprints were entered in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results confirmed the identity of ROJAS-Solar[1] and that he is a citizen of Mexico who has been previously removed from the United States. The record checks did not provide any evidence that ROJAS-Solar legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

---

[1] Documents from his prior removal use the last name of ROJAS only.

3

9.      Review of the alien file for ROJAS-Solar and queries in U.S. Border Patrol computer databases confirm no record exists of ROJAS-Solar obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his removal in March 2021.

## CONCLUSION

10.     Based on my training and experience as a Border Patrol Agent and the information contained in this continuation, there is probable cause to believe that Victor ROJAS-Solar reentered the United States after removal without the permission of the Attorney General or Secretary of Homeland Security, in violation of U.S.C. § 1326(a), which makes it a crime to reenter the country following removal without permission of the Attorney General.